UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA HOLMES,<br><br>                Plaintiff,<br><br>    v.<br><br>TACOMA PUBLIC SCHOOL DISTRICT NO. 10,<br><br>                Defendant. | CASE NO. C16-5317 BHS<br><br>ORDER DENYING DEFENDANT'S MOTION TO COMPEL |

This matter comes before the Court on Defendants Tacoma School District's ("District") motion to compel discovery (Dkt. 20), the Court's order requesting a joint status report (Dkt. 27), and the parties' response (Dkt. 28).

On December 13, 2016, the District served Plaintiff Sandra Holmes ("Holmes") with discovery requesting the sources and amount of her income since leaving employment with the District. Dkt. 20 at 1. On April 27, 2017, the District filed the instant motion asserting that Holmes has failed to fully comply and requesting that the Court order complete production of the financial information. *Id.* Holmes's only defense is that production is ongoing and is difficult because it involves interacting with various

government agencies.  Dkt. 22.  The District contends that, while obtaining the requested information may be difficult, Holmes has failed to show diligence in corresponding with the agencies.  Dkt. 25.

On June 1, 2017, the Court requested a status report because the production appeared to be ongoing and the extent of prejudice to the District was unknown.  Dkt. 27.  On June 16, 2017, the parties responded stating that Holmes had produced all requested information, except for payment history from the Social Security Administration ("SSA").  Dkt. 28.  Holmes, however, has signed a release to acquire the SSA information and the documents have been requested.  Thus, the only remaining dispute is whether the District is entitled to sanctions for having to seek the Court's involvement.  The Court concludes that sanctions are not appropriate at this time and defers ruling on this issue.  If Holmes is responsible for additional discovery problems, then the Court will revisit the issue of sanctions.  Accordingly, the District's motion is **DENIED as moot**.

**IT IS SO ORDERED**.

Dated this 20th day of June, 2017.

BENJAMIN H. SETTLE
United States District Judge